**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **TheoremDx Inc.** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  OvaGene Oncology, Inc.** |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-2860108** |

**4.**  **Debtor's address**

**Principal place of business**

**1431 Summit Avenue**
**Saint Paul, MN 55105**
Number, Street, City, State & ZIP Code

**Ramsey**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5.**  **Debtor's website** (URL)   **https://theoremdx.org**

**6.**  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **TheoremDx Inc.**
_____    Case number (*if known*) _____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__1380__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor TheoremDx Inc.         Case number (*if known*)
     Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | TheoremDx Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 13, 2020**
MM / DD / YYYY

**X** **/s/ John E. Coonan**
Signature of authorized representative of debtor

**John E. Coonan**
Printed name

Title    **President & Director**

**18. Signature of attorney**

**X** **/s/ Thomas J. Flynn**
Signature of attorney for debtor

Date    **February 13, 2020**
MM / DD / YYYY

**Thomas J. Flynn 30570**
Printed name

**Larkin Hoffman Daly & Lindgren Ltd.**
Firm name

**8300 Norman Center Dr.**
**Suite 1000**
**Minneapolis, MN 55437-1060**
Number, Street, City, State & ZIP Code

Contact phone    **9528353800**    Email address    **tflynn@larkinhoffman.com**

**30570 MN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **TheoremDx Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __February 13, 2020__         X */s/ John E. Coonan*
                                             Signature of individual signing on behalf of debtor

                                             **John E. Coonan**
                                             Printed name

                                             **President & Director**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **TheoremDx Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.......................................................................................... $     0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................................ $     1,000.00

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................................... $     1,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     616,164.45

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     357,715.45

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     15,126,816.45

4.  Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b
    $     16,100,696.35

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**TheoremDx Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MINNESOTA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Wells Fargo** | **Checking** | 6016 | $1,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $1,000.00 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **TheoremDx Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor      **TheoremDx Inc.**                                    Case number *(If known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **TheoremDx Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1    MAL Investment Co.**
Creditor's Name

**Attn: Dr. Michael Chao**
**10300 W Charleston Blvd**
**#13389**
**Las Vegas, NV 89135**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Debtor's assets**

Describe the lien
**UCC1 Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

**$600,000.00**    **$0.00**

**2.2    The Health Law Firm, P.A.**
Creditor's Name

**Attn: Geoerg F. Indest III**
**1101 Douglas Avenue**
**Altamonte Springs, FL 32714**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/15/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Any property owned in Minnesota**

Describe the lien
**Attorney's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$16,164.45**    **$0.00**

Official Form 206D                 Schedule D: Creditors Who Have Claims Secured by Property                 page 1 of 2

| Debtor | **TheoremDx Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent

■ Unliquidated

■ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $616,164.45

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **TheoremDx Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS Centralized Insolvency Op**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7436** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$300,000.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Grant Repayment** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Minnesota Dept of Revenue**<br>**600 North Robert Street**<br>**Saint Paul, MN 55101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,590.45** | **$0.00** |
| | Date or dates debt was incurred<br>**Tax period July-Sept. 2019** | Basis for the claim:<br>**Withholding Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                  49206                  Best Case Bankruptcy

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MN Dept Employment & Econ Devt**
**332 Minnesota Street**
**Saint Paul, MN 55101-1351**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment Insurance**

Last 4 digits of account number **1824**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56,125.00** | **$0.00** |
|---|---|---|---|---|

**US Treasury**
**24000 Avila Road**
**Laguna Niguel, CA 92677-3405**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AAA Movers**
**8201 Brooklyn Boulevard #100**
**Minneapolis, MN 55445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Business Debt (paid off)**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,100.84** |
|---|---|---|---|

**Aadvantage Credit Card**
**P.O. Box 84030**
**Columbus, GA 31908-4030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  **9263**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,999.97** |
|---|---|---|---|

**Abbey, James**
**6707 Wateman Avenue**
**St. Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Business Debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **TheoremDx Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**ACG Consulting**
**27758 Santa Margarita Pkwy**
**Suite 312**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ADP, LLC**
**ADP Tax Center**
**400 West Covina Boulevard**
**San Dimas, CA 91773**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alan Talesnick**
**5030 Bowmar Drive**
**Littleton, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/4/2012__

Last 4 digits of account number _

**Basis for the claim:** __TheoremDx Shareholder__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Albert Bonebrake**
**for First Trust Co of Onaga**
**3939 East Farm Road**
**Springfield, MO 65809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __TheoremDx Shareholder__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Albert Bonebrake IRA**
**3939 East Farm Road**
**Springfield, MO 65809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __TheoremDx Shareholder__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alessandra Re**
**for Alessandra Re Trust**
**4601 Fairfield Drive**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __TheoremDx Shareholder__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexander Kopplin**
**227 Colfax Avenue North**
**Suite 200**
**Minneapolis, MN 55405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __TheoremDx Shareholder__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,222.39** |
|---|---|---|---|

**American Express**
**PO Box 0001**
**Los Angeles, CA 90096-8000**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,611.49** |
|---|---|---|---|

**Americor Financial**
**18200 Von Karman Avenue**
**Suite 600**
**Irvine, CA 92612**

Date(s) debt was incurred ___

Last 4 digits of account number  **SCVR,5930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consolidated Credit Cards**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Andrew Sullivan**
**519 7th Ave SE**
**Minneapolis, MN 55414**

Date(s) debt was incurred  **12/29/2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Angela Bacher**
**14800 64th Place N**
**Maple Grove, MN 55311-4117**

Date(s) debt was incurred  **10/24/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Anita Hidding**
**7161 France Ave So #312**
**Edina, MN 55435**

Date(s) debt was incurred  **11/6/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Anne Gall**
**14931 Dufferin Court**
**Savage, MN 55378**

Date(s) debt was incurred  **12/20/2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Anne O'Rourke**
**6801 Dovre Dr.**
**Edina, MN 55436**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Anne Snyder**
**4119 62nd Street West**
**Edina, MN 55424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/3/2016**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Annie C. McCarty**
**4907 Bruce Avenue**
**Edina, MN 55424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/14/2016**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Ansel Sitton**
**1931 E 20th Street  Suite 103**
**Joplin, MN 65708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,494.29 |
|---|---|---|---|

**Astro Studios**
**348 6th Street,**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,021.29 |
|---|---|---|---|

**ATCC**
**5779 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,101.25 |
|---|---|---|---|

**Bank of America**
**P.O. Box 851001**
**Dallas, TX 75285-1001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  **4399**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,284.00 |
|---|---|---|---|

**Bank of America**
**P.O. Box 15019**
**Wilmington, DE 19850-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Corporate Credit Card**

Last 4 digits of account number  **5930**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **TheoremDx Inc.**

Case number *(if known)* _____

Name

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Barbara Novy**
**2905 43rd Avenue South**
**Minneapolis, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|---|

**Bernard Ebner**
**Baecherstrasse 59**
**8806 Baech, Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beverly Moosmann**
**544 Vista Frande**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,703.86 |
|---|---|---|---|

**Bio-Rad Laboratories, Inc.**
**P.O. Box 849740**
**Los Angeles, CA 90084-9740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,391.82 |
|---|---|---|---|

**Blue Cross Blue Shield**
**P.O. Box 860448**
**Minneapolis, MN 55486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,962.00 |
|---|---|---|---|

**Boulay PLLP**
**7500 Flying Cloud Drive**
**Suite 800**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Chabner**
**329 Second Place**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Brian Boldt**
**1635 Concordia St.**
**Wayzata, MN 55391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2016**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340,000.00**

**Brian Mark**
**d/b/a BSM Equities, Inc.**
**4780 Lodge Lane**
**Excelsior, MN 55331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00**

**Bruce & Elizabeth Ackerman**
**68 East Pleasant Lake Road**
**North Oaks, MN 55127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,249.76**

**Bruce Batten**
**400 Selby Avenue**
**Apt. 208**
**Saint Paul, MN 55102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Bryce Huemoeller**
**d/b/a Lake Vista Holdings**
**2880 Center Road SW**
**Prior Lake, MN 55372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,900.00**

**BSI Group America**
**5505 North Cumberland Ave**
**Suite 307**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Carl Robert Dahl**
**3215 Iris Court**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10.15.12**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Caroline Neale**
**2201 Stevens Street, Apt 202**
**Albert Lea, MN 56007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/2016**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CBCS**
**P.O. Box 2589**
**Columbus, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **6871**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.22 |
|---|---|---|---|

**CenterPoint Energy**
**PO Box 4671**
**Houston, TX 77210-4671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Chad Tidlund**
**OBO Donald M. Tidlund Trust**
**6700 Campesina Drive**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,668.57 |
|---|---|---|---|

**CHASE BANK USA NA**
**P.O. Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Corporate Credit Card**

Last 4 digits of account number  **7239**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,205.32 |
|---|---|---|---|

**CHASE BANK USA NA**
**P.O. Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Corporate Credit Card**

Last 4 digits of account number  **9746**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,688.00 |
|---|---|---|---|

**CHASE BANK USA NA**
**P.O. Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Corporate Credit Card**

Last 4 digits of account number  **8569**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,574.00** |
|---|---|---|---|

**CHASE BANK USA NA**
**P.O. Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Corporate Credit Card**

Last 4 digits of account number  **8695**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Nachtsheim**
**1789 Summit Avenue**
**Saint Paul, MN 55105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Christopher Raih**
**4010 West 65th Street**
**Edina, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/9/2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,716.89** |
|---|---|---|---|

**Citi/Costco**
**P.O. Box 790046**
**Saint Louis, MO 63179-0046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  **5214**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,846.92** |
|---|---|---|---|

**Citibank**
**P.O.Box 9001037**
**Louisville, KY 40290-1037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Corporate Credit Card**

Last 4 digits of account number  **6139**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,033.00** |
|---|---|---|---|

**Citibank**
**P.O.Box 9001037**
**Louisville, KY 40290-1037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Corporate Credit Card**

Last 4 digits of account number  **2659**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$716.92** |
|---|---|---|---|

**Comcast Business**
**PO Box 35170**
**Seattle, WA 98124-5170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,806.84 |
|---|---|---|---|

**Comerica Bank**
**Cardmember Service**
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Business Credit Card**

Last 4 digits of account number  **560**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,500.00 |
|---|---|---|---|

**Conor T Marrinan**
**3332 West 56th Street**
**Edina, MN 55410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Conrad Ludwig**
**for Aquinnah Investment LP**
**590 Admiralty Parade West**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/9/2017**

**Basis for the claim:  TheoremDx Shareholder**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.80 |
|---|---|---|---|

**Cox Business**
**PO Box 53280**
**Phoenix, AZ 85072-3280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.88 |
|---|---|---|---|

**Cox Communications**
**PO Box 53280**
**Phoenix, AZ 85072-3280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **4901**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,732.32 |
|---|---|---|---|

**Cox Communications**
**PO Box 53280**
**Phoenix, AZ 85072-3280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **3002**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,808.43 |
|---|---|---|---|

**CRF Solutions**
**2051 Royal Avenue**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Daniel  & Allison Kozloff**
**252 Ravenscliff Road**
**St. Davids, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2016**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650,000.00** |
|---|---|---|---|

**Daniel P. McCarty**
**4907 Bruce Avenue**
**Edina, MN 55424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Danielle K Pfeffer**
**5974 South Park Drive**
**Savage, MN 55378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Dareen Youngman & Blake Bertea**
**WhiteCross LP**
**1100 Newport Center Drive #110**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/23/2014**

Basis for the claim:  **TheoremDx Shareholders**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Darrell Reynolds**
**3713 37th Avenue**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Darren  Pfeffer**
**13941 Utah Avenue**
**Savage, MN 55378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Darren & Mandi Pfeffer**
**13941 Utah Avenue**
**Savage, MN 55378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **TheoremDx Inc.**
_____   Case number (*if known*) _____
Name

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Darrick Grewe**
**4420 Adell Avenue North**
**Golden Valley, MN 55422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/25/2017

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Dave & Terry Theis**
**d/b/a Emerald T. Holdings**
**31009 - 645th Ave**
**Gibbon, MN 55335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**David Katz**
**401 Pinnacle Way, Unit 207**
**Eau Claire, WI 54701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,500.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**David M. Raih**
**TC Orthopedics, 4010 W 65th St**
**Edina, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/9/2015

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**David M. Vlasaty**
**OBO Mainstar Trust**
**342 Valley Commons**
**Hudson, WI 54016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**David M. Vlasaty**
**342 Valley Commons**
**Hudson, WI 54016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/31/2017

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Dean Edstrom**
**2050 Canadian Pacific Plaza**
**120 South Sixth Street**
**Minneapolis, MN 55402-1840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **TheoremDx Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**Derek C Pfeffer**
**4295 Cottonwood Lane N**
**Plymouth, MN 55441**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Dick & Tracy Hausman**
**2500 Michelson Drive, Ste. 200**
**Irvine, CA 92612**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TheoremDx Shareholders**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |

**Dick Hausman (M. Hausman Inc.)**
**2500 Michelson Drive, Ste. 200**
**Irvine, CA 92612**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,292.08** |

**Discover Bank**
**General Correspondence**
**P.O. Box 30416**
**Salt Lake City, UT 84130**

Date(s) debt was incurred __

Last 4 digits of account number  **8296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00** |

**Donald M. Schreifels**
**1644 Travelers Rest Court**
**The Vilaage, FL 32162**

Date(s) debt was incurred  **9/7/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |

**Donald M. Tidlund**
**OBO Donald M. Tidlund Trust**
**1014 Conventry Place**
**Edina, MN 55435**

Date(s) debt was incurred  **11/2/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |

**Douglas Novy**
**2905 43rd Avenue South**
**Minneapolis, MN 55406**

Date(s) debt was incurred  **5/24/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Douglas Stone**
**15104 Whitetail Way**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Dr. Diamond**
**6907 Waterman Avenue**
**St. Ouis, MO 63130**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dr. Michael Chao**
**MAL Invesment Company**
**2030 Main, Suite 1050**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Dustin J Pfeffer**
**5974 South Park Drive**
**Savage, MN 55378**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700,000.00 |
|---|---|---|---|

**Edward Ludwig**
**Aquinnah Investment LP**
**590 Admiralty Parade West**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Elizabeth Hardin Horowitz**
**55 Central Park West, Unit 13D**
**New York City, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Eric Johnson**
**7035 E. Russell Street**
**Mesa, AZ 85207**

Date(s) debt was incurred **12/21/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **TheoremDx Inc.**

Name

Case number (if known)

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,165.68 |

**Fish & Richardson**
**60 S. 6th Street**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Business Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,673.68 |

**Fisher Scientific**
**Life Technologies**
**12088 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Business Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Frank & Donna Brown**
**10173 East Horizon Drive**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __TheoremDx Shareholders__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,500.00 |

**Frank Brown**
**10173 East Horizon Drive**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Business Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Frank Chandler III**
**3700 Government Street**
**Alexandria, LA 71302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11.06.15

Basis for the claim: __Business Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Frank K. Chandler, Jr.**
**3700 Government Street**
**Alexandria, LA 71302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10.29.15

Basis for the claim: __Business Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $565,600.50 |

**Frank Kiesner**
**6908 Wooddale Avenue South**
**Edina, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __TheoremDx Shareholder__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Gary & Angela Bacher**
**14800 64th Place N**
**Maple Grove, MN 55311-4117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Goff, Debra**
**5605 Lake Shore Avenue**
**Westerville, OH 43082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Greg Margarit**
**1185 Tonkawa Road**
**Long Lake, MN 55356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06.29.17

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Greg Stai**
**1801 Broadway, Ste 800**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/7/2016

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Gregory & Julie Margarit**
**1185 Tonkawa Road**
**Long Lake, MN 55356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/13/2017

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,126.21** |
|---|---|---|---|

**H Lee Moffitt Cancer Center**
**12902 Magnolia Drive**
**Tampa, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/1/2013

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Harry Engelbrecht**
**1012 Coventry Place**
**Edina, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/19/2017

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,494.51**

**Harry Venezia, Jr.**
**14020 Egret Ln.**
**Clearwater, FL 33762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$402,979.34**

**HaynesBoone**
**1050 17th Street, Suite 1800**
**Denver, CO 80265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **3174**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hong & Monica Kyung Hea Yang**
**655 Mystic Way**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholders**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00**

**Hong Mo Yang**
**655 Mystic Way**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/2014**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Honorato & Linda Remucal**
**1075 West Shore Drive**
**Hutchinson, MN 55350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2016**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,683.00**

**Hooper, Lundy & Bookman P.C.**
**1875 Century Park East**
**Suite 1600**
**Los Angeles, CA 90067-2517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.00**

**Horizon Discovery**
**23 Market Street**
**Cambridge CB2 3PA U.K.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.109** | Nonpriority creditor's name and mailing address

**Houston Methodist Hospital**
**6565 Fannin Street, MS D200**
**Houston, TX 77030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$56,657.32**

---

**3.110** | Nonpriority creditor's name and mailing address

**Innovative Research**
**46430 Peary Ct.**
**Novi, MI 48377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$430.00**

---

**3.111** | Nonpriority creditor's name and mailing address

**Intrinsix**
**100 Campus Drive**
**Marlborough, MA 01752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$104,263.57**

---

**3.112** | Nonpriority creditor's name and mailing address

**ISC International, LTD**
**9700 West Bluemound Road**
**Suite 201**
**Milwaukee, WI 53266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$318.58**

---

**3.113** | Nonpriority creditor's name and mailing address

**J-Pac Medical**
**25 Centre Road**
**Somersworth, NH 03878**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,112.17**

---

**3.114** | Nonpriority creditor's name and mailing address

**J. & D. Wittrock & Cinkle**
**19556 Hampshire Court**
**Prior Lak, MN 55372**

Date(s) debt was incurred  **9/5/2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.115** | Nonpriority creditor's name and mailing address

**Jackson ImmunoResearch**
**P.O. Box 2389**
**Jackson, WY 83001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$440.75**

---

| Debtor | **TheoremDx Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**James Fingerman**
**7137 Valley View Road**
**Edina, MN 55349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/19/2016**

**Basis for the claim:   Business Debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James & Anita Hidding**
**7161 France Avenue South #312**
**Minneapolis, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:   TheoremDx Shareholders**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**James & Anita Hidding**
**7161 France Ave So #312**
**Edina, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:   Business Debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**James & Janet Curry**
**for Janet B. Revocable Trust**
**4541 E. 24th Street**
**Casper, WY 82609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/13/2017**

**Basis for the claim:   TheoremDx Shareholders**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James & Jeanette Hutcheson**
**522 South Oaks Drive**
**Springfield, MO 65809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:   TheoremDx Shareholders**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Ehlen, M.D.**
**4221 Woodland Terrace**
**Minneapolis, MN 55422**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:   TheoremDx Shareholder**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**James Ferguson**
**1165 Post Oak Court**
**Springfield, MO 65809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/16/2014**

**Basis for the claim:   TheoremDx Shareholder**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**James Ferguson**
**911 St. Andrews Circle**
**Springfield, MO 65809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/18/2018**

**Basis for the claim:  TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Fingerman**
**7137 Valley View Road**
**Edina, MN 55349**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137,500.00** |
|---|---|---|---|

**James George  Wayne**
**d/b/a Cassandra Capital**
**7200 Hazeltine Blvd.**
**Excelsior, MN 55331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**James W Curry**
**OBO James W. Revocable Trust**
**4541 E. 24th Street**
**Casper, WY 82609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,250.00** |
|---|---|---|---|

**James Wise**
**2747 Wagner Drive**
**Chaska, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/20/2015**

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Janet B Curry**
**for Janet B. Revocable Trust**
**4541 E. 24th Street**
**Casper, WY 82609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10.22.14**

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,620,009.05** |
|---|---|---|---|

**Jay Coonan Family Rev. Trust**
**1431 Summit Avenue**
**St. Paul, MN 55105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TheoremDx Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Jeanne & Steven Wittrock**
**19556 Hampshire Court**
**Prior Lak, MN 55372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/15/2015**

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Jeffrey Blank**
**d/b/a Dalmore Investments**
**1582 Medina Road**
**Long Lake, MN 55356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Jeffrey Blank**
**OBO Treehouse Health**
**1629 Hennepin Ave, Suite 200**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **12/4/2014**

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Jeffrey Blank (BCBS)**
**1629 Hennepin Ave, Suite 200**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/21/2015**

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00** |
|---|---|---|---|

**Jeffrey Blank (Loring Corners)**
**1624 Harmon Place**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/4/2014**

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Jim Ehlen**
**OBO Ehlen Family Irrev. Trust**
**4221 Woodland Terrace**
**Golden Valley, MN 55422**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2/26/2018**

Last 4 digits of account number __

Basis for the claim: **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Jim Ehlen**
**4221 Woodland Terrace**
**Golden Valley, MN 55422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Jodi Johnson Tidlund**
**OBO Donald M. Tidlund Trust**
**6802 Sandridge Road**
**Eden Prairie, MN 55346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joel Salcedo**
**for Raymond James Assoc.**
**6841 E. Avenida De Santiago**
**Anaheim Hills, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**John Burstein**
**15 Sedgwick Drive**
**Cherry Hills Village, CO 80113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/15/2016**

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,500.00** |
|---|---|---|---|

**John Daley**
**14010 Northwood Place NW**
**Seattle, WA 98177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,424.54** |
|---|---|---|---|

**John E. "Jay" Coonan**
**1431 Summit Avenue**
**Saint Paul, MN 55105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Loans to Company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**John E. "Jay" Coonan**
**1431 Summit Avenue**
**Saint Paul, MN 55105**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Expenses Paid for Company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**John F. Edwards, Jr.**
**8633 Edwards Road**
**Geneseo, IL 61254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/4/2016**

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**John Ferguson**
**for JJJ LLC**
**1165 Post Oak Court**
**Springfield, MO 65809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00**

**John Ferguson**
**1165 Post Oak Court**
**Springfield, MO 65809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00**

**John Lalonde**
**3736 Kindred Court**
**Lake Elmo, MN 55042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/4/2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00**

**John Raih**
**TC Orthopedics, 4010 W 65th St**
**Edina, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/9/2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00**

**John Rauch**
**OBO Lillian Rauch Rev. Trust**
**1450 West Lake Brantley Road**
**Longwood, FL 32779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**John Rose**
**3221 45th St NW**
**Buffalo, MN 55313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00**

**John Vogel**
**85 Bay Drive**
**Annapolis, MN 21403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/16/2013**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Jon Cassady**
**10310 Tamarack Drive**
**Vienna, VA 22182-1846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jose Salcedo, Jr. IRA**
**6841 E. Avenida De Santiago**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,500.00** |
|---|---|---|---|

**Joseph & Rebecca Pitzl**
**11600 42nd Court North**
**Plymouth, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Joseph Becker**
**1418 21st Avenue NE**
**Rochester, MN 55906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2017**

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,500.00** |
|---|---|---|---|

**Joseph Cade**
**1291 Riverside Lane**
**Mendota Heights, MN 55118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Joseph Leverone**
**4800 Markay Ridge**
**Minneapolis, MN 55422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Ward**
**227 Colfax Avenue North**
**Suite 200**
**Minneapolis, MN 55405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (*if known*) | |
|--------|--------------------|--------------------------|-|
| | Name | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Judith Mayer**
**for RBC Capital Markets LLC**
**18642 Via Torino**
**Irvine, CA 92603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,302.90 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Kapoor-Munshi, PhD, Archana**
**12515-130 Oaks North Drive**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Kashlan, Basel**
**1 Vacaville**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,448.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Kashlan, Basel - Expenses**
**1 Vacaville**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,500.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Keith Yonkers**
**for 41 North Advisors**
**251 Shipyard Way**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/20/2013

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Kenneth & Eileen Beane**
**for Brantly Limited**
**1396 Deer Lake Circle**
**Apopka, FL 32712-2939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/29/2013

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------------|

**Kevin  Pfeffer**
**5974 South Park Drive**
**Savage, MN 55378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01.26.15

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **TheoremDx Inc.** |
| | Name |
| | Case number *(if known)* |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Kevin & Jean Lindstrand**
**409 Creekview Lane**
**Arlington, MN 55307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/26/2016__

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

**Kevin & Lisa Pfeffer**
**5974 South Park Drive**
**Savage, MN 55378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kim Beaudette**
**401 Kings Place**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Kirk Tidlund**
**OBO Donald M. Tidlund Trust**
**825 Bennet St**
**Southern Pines, NC 28387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/12/2015__

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,401.40** |
|---|---|---|---|

**Kluge Design Inc.**
**14150 Northdale Blvd**
**Rogers, MN 55374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,175.41** |
|---|---|---|---|

**Lalonde, John**
**3736 Kindred Court**
**Lake Elmo, MN 55042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Larry & LeAnn Christenson**
**8818 Zenith Road**
**Bloomington, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |

**Laurence Le Jeune**
**630 Locust Hills Drive**
**Wayzata, MN 55391-1973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Laurie Knutson**
**18118 Judicial Way North**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Lawrence Opseth**
**6736 Washburn Avenue**
**Richfield, MN 55423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |

**Lawrence Zynda**
**5359 La Jolla Blvd, Unit 24**
**La Jolla, CA 92037-7955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$271.41** |

**Leica Microsystems**
**14008 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Liane (Lee) McCullough**
**P.O. Box 451340**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2016**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Liane McCullough (ROTH IRA)**
**P.O. Box 451340**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/13/2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TheoremDx Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,495.34**

**Life Technologies**
**(Thermo Fisher)**
**12088 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Lisa  Pfeffer**
**5974 South Park Drive**
**Savage, MN 55378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/26/2015

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Lisa Alton**
**1635 Concordia Street**
**Wayzata, MN 55391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/19/2016

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**Lisa Piazza (Musich)**
**7722 Madelyn Creek Drive**
**Victoria, MN 55384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00**

**Lori (Baird) Rosman**
**4868 S 79 Street**
**Greenfield, WI 53220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lucia Hui**
**C/o NM Max**
**10 Pasteur, Suite 150**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,250.00**

**Margaret Marrinan**
**2146 Sargent Avenue**
**St. Paul, MN 55105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/1/2017

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.186**

**Nonpriority creditor's name and mailing address**
**Marianne  Kanning**
**1446 County Road 14**
**Shakopee, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.187**

**Nonpriority creditor's name and mailing address**
**Mark & Katharine Pearson**
**10959 E. Graythorn Dr.**
**Scottsdale, AZ 85262**

Date(s) debt was incurred  **9/26/2014**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TheoremDx Shareholders**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.188**

**Nonpriority creditor's name and mailing address**
**Mark DeNucci**
**6301 Summit Circle**
**Chanhassen, MN 55317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

**3.189**

**Nonpriority creditor's name and mailing address**
**Mark Gregg**
**2902 Hunting Hills Court**
**Oakton, VA 22124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

**3.190**

**Nonpriority creditor's name and mailing address**
**Mark Greiner**
**OBO Carla Greiner Trust**
**200 South 6th Street, Ste. 400**
**Minneapolis, MN 55402**

Date(s) debt was incurred  **3/5/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.191**

**Nonpriority creditor's name and mailing address**
**Mark Greiner**
**4603 Edina Blvd**
**Edina, MN 55424**

Date(s) debt was incurred  **3/8/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.192**

**Nonpriority creditor's name and mailing address**
**Mark Nierderluecke**
**10156 Gristmill Rdg**
**Eden Praire, MN 55347**

Date(s) debt was incurred  **8/24/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|---|---|---|---|

**Mark Pearson**
**10959 E. Graythorn Dr.**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __TheoremDx Shareholder__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Walinske**
**4217 - 44th Avenue South**
**Minneapolis, MN 55424**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __TheoremDx Shareholder__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,537.50** |
|---|---|---|---|

**Marta Fernandez Suarez**
**3065 Ash Avenue**
**Boulder, CO 80305**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Martin's Janitorial**
**PO Box 3986**
**Orange, CA 92857**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Mary  Absolon**
**for the late William Herber**
**4321 W. 42nd Street**
**Edina, MN 55416**

Date(s) debt was incurred  2/22/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00** |
|---|---|---|---|

**Mary B Taylor**
**16205 18th Avenue North**
**Plymouth, MN 55447**

Date(s) debt was incurred  6/13/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Draves**
**865 Gulf Land Drive**
**Apopka, FL 32712**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __TheoremDx Shareholder__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Matthew McCarty**
**4907 Bruce Avenue**
**Edina, MN 55424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/14/2016**

**Basis for the claim:   Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Maureen Lannan**
**5119 Wooddale Glen**
**Edina, MN 55424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2016**

**Basis for the claim:   Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$989.00**

**MedPro Waste Disposal, LLC**
**1548 Bond Street**
**Suite 106**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Michael   Maher**
**1201 Yale Place, Apt 2306**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/20/2016**

**Basis for the claim:   Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00**

**Michael & Ann Ciresi**
**222 2nd Street SE, #1601**
**Minneapolis, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2016**

**Basis for the claim:   Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00**

**Michael Koncilja**
**5711 Eleni Ct**
**Avon, NY 14414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/13/2014**

**Basis for the claim:   Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,500.00**

**Michael Maher**
**1201 Yale Place, Apt 2306**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

**Michael Osterholm**
**212 10th Avenue S., #1103**
**Minneapolis, MN 55415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Michael Salscheider**
**1378 Willow Lane SW**
**Rochester, MN 55902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mike Glarner**
**248 Esplanade**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$323,583.47** |
|---|---|---|---|

**MiniFAB (Aust) Pty Ltd**
**1 Dalmore Drive, Scoresby**
**Melbourne, VIC, AUSTRALIA 3179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Natalie Caroline Neale**
**(nee Richards)**
**4623 Drexel Avenue**
**Edina, MN 55424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2016**
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Neil Finkler**
**79 Via Lugano**
**Winter Park, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,482.11** |
|---|---|---|---|

**NFS Leasing**

**Turned over to collections**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **TheoremDx Inc.**
_____
Name

Case number (*if known*)  _____

---

| | | |
|---|---|---|
| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Nick Radovich**
**5416 Oaklawn Avenue South**
**Edina, MN 55424**

$12,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/12/2016**

Last 4 digits of account number  ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Nieves, Evelyn**

$169.67

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Noah Craige  Neale (Richards)**
**4623 Drexel Avenue**
**Edina, MN 55424**

$12,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2016**

Last 4 digits of account number  ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Nydia Llanes**
**820 Sorolla Avenue**
**Coral Gables, FL 33134**

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Olav & Judith Kollovol**
**916 Dominion Reserve**
**McClean, VA 22102**

$50,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/27/2019**

Last 4 digits of account number  ___

Basis for the claim:  **TheoremDx Shareholders**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Olson Technology, Inc.**
**16717 Camborne Place**
**Suite 201**
**Eden Prairie, MN 55346**

$205.49

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Orange County Crating**
**2179 North Batavia Street**
**Orange, CA 92865**

$1,351.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.221**

**Nonpriority creditor's name and mailing address**

**Paige Jensen**
**(c/o Mark Griener)**
**200 S. 6th Street, Ste 4000**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

**3.222**

**Nonpriority creditor's name and mailing address**

**Paladin**
**69-71 Clarendon Rd**
**Watford Hertfordshire WD17 1DS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223**

**Nonpriority creditor's name and mailing address**

**Pamela Greiner**
**4603 Edina Blvd**
**Edina, MN 55424**

Date(s) debt was incurred  **11/5/2016**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.224**

**Nonpriority creditor's name and mailing address**

**Patrick C and Janet C Gray**
**5948 Parkwood Drive**
**Shoreview, MN 55126**

Date(s) debt was incurred  **4/19/2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.225**

**Nonpriority creditor's name and mailing address**

**Patrick Coonan**
**1965 Palace Avenue**
**St. Paul, MN 55105**

Date(s) debt was incurred  **9/12/2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.226**

**Nonpriority creditor's name and mailing address**

**Patrick Delaney**
**304 Cove Road**
**Hudson, WI 54016**

Date(s) debt was incurred  **7/5/2012**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

**$12,500.00**

---

**3.227**

**Nonpriority creditor's name and mailing address**

**Paul Kanning**
**617 Piney Hill Road**
**Monkton, MD 21111**

Date(s) debt was incurred  **1/17/2018**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| Debtor | **TheoremDx Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Paul Rosman**
**4868 S 79 Street**
**Greenfield, WI 53220**

Date(s) debt was incurred  **5/26/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Paul Savryn**
**9950 North Shore Road**
**Waconia, MN 55387**

Date(s) debt was incurred  **4/16/2015**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Paul T Raih**
**TC Orthopedics, 4010 W 65th St**
**Edina, MN 55435**

Date(s) debt was incurred  **10/9/2015**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,189.67** |
|---|---|---|---|

**PCH Lime Lab**
**135 Mississippi St**
**San Francisco, CA 94107**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,455.57** |
|---|---|---|---|

**Pearson, Mark - Expenses**

**No address on file**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,147.00** |
|---|---|---|---|

**Pentagon Federal Credit Union**
**Box 247009**
**Omaha, NE 68124-7009**

Date(s) debt was incurred  _

Last 4 digits of account number  **2046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Peter A Raih**
**TC Orthopedics, 4010 W 65th St**
**Edina, MN 55435**

Date(s) debt was incurred  **10/9/2015**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | TheoremDx Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.235**

**Nonpriority creditor's name and mailing address**
**Peter J Matlon**
**770 5th Steet NW, Unit 618**
**Wash, DC 20001**

Date(s) debt was incurred  **10/13/2017**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.236**

**Nonpriority creditor's name and mailing address**
**Peterson, Marnie**
**P.O. Box 2389**
**Jackson, WY 83001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

**3.237**

**Nonpriority creditor's name and mailing address**
**Philip & Joann Burstein**
**12 Ocean Drive**
**Rehoboth Beach, DE 19971**

Date(s) debt was incurred  **4/13/2016**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.238**

**Nonpriority creditor's name and mailing address**
**PLS, Inc. dba Waddell Group**
**1191 Pike Drive**
**New Brighton, MN 55112**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$66,434.14**

---

**3.239**

**Nonpriority creditor's name and mailing address**
**Proshred Security**
**17951 Sky Park Circle**
**Suite D**
**Irvine, CA 92614**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$295.00**

---

**3.240**

**Nonpriority creditor's name and mailing address**
**Qiagen**
**P.O. Box 5132**
**Carol Stream, IL 60197-5132**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$508.88**

---

**3.241**

**Nonpriority creditor's name and mailing address**
**Quickbooks Online**
**C/o Intuit Inc.**
**2700 Coast Avenue**
**Mountain View, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,064.10** |

**Quill Corporation**
**P.O. Box 37600**
**Philadelphia, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** ___Business Debt___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**R. Taagepera&W. Ricketts Trust**
**24 Mayapple Way**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** ___TheoremDx Shareholder___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**R.S. Engelman (EFCO)**
**9895 E. Filaree Lane**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _11/7/2014_

**Last 4 digits of account number** _

**Basis for the claim:** ___Business Debt___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00** |

**Rachel Linda Neale (Richards)**
**4623 Drexel Avenue**
**Edina, MN 55424**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/6/2016_

**Last 4 digits of account number** _

**Basis for the claim:** ___Business Debt___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Randall Bellows**
**25290 Montana Drive W**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/22/2015_

**Last 4 digits of account number** _

**Basis for the claim:** ___Business Debt___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Randy Nishikawa**
**17411 La Bonita Way**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** ___TheoremDx Shareholder___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,347.50** |

**RCR Institute, Inc.**
**5353 Wayzata Boulevard**
**Suite 505**
**Minneapolis, MN 55416-1334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** ___Business Debt___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.249**

**Nonpriority creditor's name and mailing address**

**Rein Taagepera**
**19 Mayapple Way**
**Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.250**

**Nonpriority creditor's name and mailing address**

**Richard  Cihak**
**RAC Trading, Inc.**
**2630 Nightingale Court**
**Chaska, MN 55318**

Date(s) debt was incurred _1/13/2016_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

**3.251**

**Nonpriority creditor's name and mailing address**

**Richard Bernick**
**777 Washington Street, #402**
**Denver, CO 80203**

Date(s) debt was incurred _3/31/2013_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$10,000.00

---

**3.252**

**Nonpriority creditor's name and mailing address**

**Richard Lucy**
**for R.E. Lucy Retirement Trust**
**2916 Tennyson Place**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred _5/22/2014_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.253**

**Nonpriority creditor's name and mailing address**

**Richard Lucy**
**2916 Tennyson Place**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred _5/22/2014_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.254**

**Nonpriority creditor's name and mailing address**

**River Sonic Solutions LLC**
**2443 Fillmore St #380-4039**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,643.10

---

**3.255**

**Nonpriority creditor's name and mailing address**

**Robert  Caine**
**D/B/A Daisy Investments, LLC**
**3108 Cameron Mills Road**
**Alexandria, VA 22302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$75,000.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Robert  Doerr**
**40 Bay Street**
**Excelsior, MN 55331**

Date(s) debt was incurred  **4/27/2016**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,500.00** |
|---|---|---|---|

**Robert Bearman**
**2160 South Clayton Street**
**Denver, CO 80210**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00** |
|---|---|---|---|

**Robert H Hamilton**
**4035 West 65th Street #120**
**Edina, MN 55435**

Date(s) debt was incurred  **4/18/2015**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Robert Weinhagan**
**211 Cameron Street**
**Alexandria, VA 22314-3203**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130,000.00** |
|---|---|---|---|

**Ron Musich**
**7722 Madelyn Creek Drive**
**Victoria, MN 55386**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Ron Musich (RSM Family Trust)**
**7722 Madelyn Creek Drive**
**Victoria, MN 55386**

Date(s) debt was incurred  **8/14/2017**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ron Testa**
**10763 Riverscape Run**
**Vienna, VA 22182**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.263** | Nonpriority creditor's name and mailing address

**Schick Records Management**
**P.O. Box 3627**
**Tustin, CA 92781**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,457.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address

**Schlievert, Patrick**
**21 Eastview Place NE**
**Iowa City, IA 52240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address

**Scott & Lindsay Ackerman**
**68 East Pleasant Lake Road**
**North Oaks, MN 55127**

Date(s) debt was incurred  **2/25/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$12,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address

**Scott Ackerman**
**5701 Zenith Avenue South**
**Edina, MN 55410-2610**

Date(s) debt was incurred  **11/23/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$12,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address

**Sequium**
**1130 Northchase Pkwy., Ste 150**
**Marietta, GA 30067**

Date(s) debt was incurred _

Last 4 digits of account number  **9042**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address

**Shannon Neale**
**4623 Drexel Avenue**
**Edina, MN 55424**

Date(s) debt was incurred  **1/10/2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$50,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address

**Shu-Yuan Liao Jan**
**629 Frontier Court**
**Anaheim, CA 92807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TheoremDx Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,070.89**

**Sigma-Aldrich**
**PO Box 535182**
**Atlanta, GA 30353-5182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,720.94**

**Southern California Edison**
**PO Box 300**
**Rosemead, CA 91772-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,750.00**

**Spellberg, Brad**
**30140 Avenida Celestial**
**Rancho Palos Verdes, CA 90275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**STA International**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,345.85**

**Start Recruiting**
**7020 Dakota Circle**
**Chanhassen, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,239.66**

**Stephanie Griffin**
**423 Riverview Lane**
**Melbourne Beach, FL 32951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Stephen F Twohig**
**609 Eagle Watch Lane**
**Osprey, FL 34229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2014**

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,032.01** |
|---|---|---|---|

**Stericycle, Inc.**
**P.O. Box 6578**
**Carol Stream, IL 60197-6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,000.00** |
|---|---|---|---|

**Steven  Clark**
**d/b/a Arbitrage Capital Corp.**
**4628 Snow Drive**
**Harrisburg, NC 28075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Surender Punia**
**289 El Pinto**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/25/2014**

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Susan Doerr**
**40 Bay Street**
**Excelsior, MN 55331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/2016**

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Susan Schreifels**
**1644 Travelers Rest Court**
**The Vilaage, FL 32162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/27/2017**

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Tara Gard**
**19390 Evening Star Way**
**Farmington, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Thomas  McCarty**
**4907 Bruce Avenue**
**Edina, MN 55424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/14/2016**

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.284** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00**

**Thomas  Raih, M.D.**
**TC Orthopedics, 4010 W 65th St**
**Edina, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137,500.00**

**Tim & Patti Marrinan**
**3332 West 56th Street**
**Edina, MN 55410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**Tim Marrinan**
**3332 West 56th Street**
**Edina, MN 55410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05.01.15**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,500.00**

**Timothy D. (Jr) Marrinan**
**3332 West 56th Street**
**Edina, MN 55410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Timothy Schacker, MD**
**393 Salem Church Road**
**Sunfish Lake, MN 55118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Tony Fung**
**Flat A, 20/F, Block 2**
**Le Sommet, North Pt, Hong Kong**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,329.00**

**U of MN - Irvine Lab**
**NW 5960 PO Box 1450**
**Minneapolis, MN 55485-5960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0436**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TheoremDx Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,321.13** |
|---|---|---|---|

**USAA Credit Card**
**10750 McDermott Fwy**
**San Antonio, TX 78288-0570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  **5704**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Vern & Patricia Svedberg**
**519 7th Ave SE**
**Minneapolis, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/17/2016**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,909.87** |
|---|---|---|---|

**VWR**
**PO Box 640169**
**Pittsburgh, PA 15264-0169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Wiley H Vogt**
**1580 Zumbro Court**
**Shakopee, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**William F Howell**
**254 Bryn Mawr Circle**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/8/2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**William Ricketts III**
**150 Heritage Drive**
**Delaware, AR 72835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**William Ricketts, Jr.**
**24 Mayapple Way**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TheoremDx Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TheoremDx Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $863.53 |
|---|---|---|---|

**XCEL ENERGY**
**P.O. Box 9477**
**Minneapolis, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alexander B. Cvercko, Esq.**<br>**Cvercko & Associates, P.A.**<br>**13500 Sutton ParkDr. S. #304**<br>**Jacksonville, FL 32224** | Line __3.199__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cynthia Vaughn**<br>**1550 American Boulevard East**<br>**Stop 5128**<br>**Minneapolis, MN 55425** | Line __2.1__<br><br>☐ Not listed. Explain ____ | __0108__ |
| 4.3 | **Mercantile**<br>**165 Lawrence Bell Drive #100**<br>**Buffalo, NY 14221-7900** | Line __3.23__<br><br>☐ Not listed. Explain ____ | __6MSR__ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 357,715.45 |
| 5b. Total claims from Part 2 | 5b. + | $ | 15,126,816.45 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 15,484,531.90 |

**Fill in this information to identify the case:**

Debtor name        **TheoremDx Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal                    Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **TheoremDx Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **John E. "Jay" Coonan** | **1431 Summit Avenue Saint Paul, MN 55105** | **The Health Law Firm, P.A.** | ■ D ___**2.2**___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **TheoremDx Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other _____ | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **TheoremDx Inc.**                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    See attached list of secured creditors | December 2019 | Less than secured debt | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Voluntary surrender of all assets of debtor pursuant to Voluntary Surrender of Collateral Agreement in Full Satisfaction of Obligation and in Strict Foreclosure** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| See #3. | | | Less than secured debt |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   **TheoremDx Inc.**                                                                Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **THE HEALTH LAW FIRM, P.A.,**<br>**Plaintiff**<br>**v.**<br>**JOHN EDWARD COONAN, M.D., a/k/a JAY E. COONAN, M.D., and THEOREMDX, INC., F/K/A OVAGENE ONCOLOGY, INC,**<br>**Defendants**<br>2018-CA-003142-15-L | **Collection** | **Seminole County Florida**<br>**301 North Park Avenue**<br>**Sanford, FL 32771** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. | **Matthew D. Draves v.**<br>**Ovagene Oncology, Inc.**<br>**2017-CV-008388-O** | **Collection** | **Ninth Judicial District -**<br>**Orange County**<br>**425 North Orange Avenue**<br>**Orlando, FL 32801** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **TheoremDx Inc.**                                           Case number *(if known)*  _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Larkin Hoffman Daly & Lindgren Ltd. 8300 Norman Center Dr. Suite 1000 Minneapolis, MN 55437-1060** | **Attorney Fees (retainer)** | **Dec. 2019** | **$5,000.00** |
| | **Email or website address tflynn@larkinhoffman.com** | | | |
| | Who made the payment, if not debtor? **Board of Directors** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **5555 West 78th Street Suite E Minneapolis, MN 55439** | **2017-2018** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **TheoremDx Inc.**                                             Case number *(if known)* _____

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See attached list of secured creditors** | **1431 Summit Avenue Saint Paul, MN 55105** | **Miscellaneous laboratory equipment (value estimated)** | **$2,000.00** |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    **TheoremDx Inc.**                                      Case number *(if known)* _____

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Boulay Group**<br>**7500 Flying Cloud Drive #800**<br>**Eden Prairie, MN 55344** | **2018-2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Boulay Group**<br>**7500 Flying Cloud Drive #800**<br>**Eden Prairie, MN 55344** | **2018-2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **TheoremDx Inc.**                                         Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Boulay Group**<br>**7500 Flying Cloud Drive #800**<br>**Eden Prairie, MN 55344** | |
| 26c.2. **John E. "Jay" Coonan**<br>**1431 Summit Avenue**<br>**Saint Paul, MN 55105** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John E. "Jay" Coonan** | **1431 Summit Avenue**<br>**Saint Paul, MN 55105** | **President, CFO, and Secretary** | **<10%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **K. James Ehlen, M.D.** | **4221 Woodland Terrace**<br>**Minneapolis, MN 55422** | **Chair and Assistant Secretary** | **<10%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Michael T. Osterholm** | **212 - 10th Avenue South #1103**<br>**Minneapolis, MN 55415** | **Director** | **<10%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Mark L. Pearson** | **10959 East Graythorn Drive**<br>**Scottsdale, AZ 85262** | **Assistant Secretary** | **<10%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Stephanie Griffin (deceased)** | **423 Riverview Lane**<br>**Melbourne Beach, FL 32951** | | **Until April 2019** |

Debtor    **TheoremDx Inc.**                                               Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Frank J. Kiesner | 6908 Wooddale Avenue South Minneapolis, MN 55435 | Secretary | 2008-April 2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 13, 2020**

**/s/ John E. Coonan**                                    **John E. Coonan**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **President & Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Case 20-30405   Doc 1   Filed 02/13/20   Entered 02/13/20 14:28:28   Desc Main
Document   Page 67 of 108

FAVORED NATION
SUBSCRIPTION AGAREEMENTS

UPDATED DRAFT 6/16/19 6/20/19

FNS Agreements Convert/Begin 10/19/17

| Name | Amount | Date | Common shares | Pledge & Security Agr |
|------|--------|------|---------------|----------------------|
| Aquinnah Investments, LP | $100,000.00 $25,000 | 11/9/17 4/2/19 | 1,600,000.00 400,000 | X |
| Bacher, Angela K and Gary Bacher | $25,000.00 | 12/10/18 | 400,000.00 | X |
| Bacher, Angela K. and Gary Bacher | $25,000.00 | 12/10/18 | 400,000.00 | X |
| Becker, Joseph G. and Marcie C. Becker, Trustees of the Joseph G. Becker Revocable Trust dated October 26, 2012 and any amendments thereto | $25,000.00 | 12/5/17 | 400,000.00 | X |
| BSM Equities Inc. | $140,000.00 | 11/12/18 | 2,240,000.00 | X |
| Coonan Family Revocable Trust | $5009.05 | 12/31/17 | 80,144.80 | X |
| Coonan Family Revocable Trust | $5031.40 | 1/31/18 | 80,502.40 | X |
| Coonan Family Revocable Trust | $1000.00 | 1/31/18 | 16,000.00 | X |
| Coonan Family Revocable Trust | $1500.00 | 3/13/18 | 24,000.00 | X |
| DeNucci, Mark | $10,000.00 | 9/28/18 | 160,000.00 | X |
| Daley, John Peter | $25,000.00 | 1/11/18 | 400,000.00 | X |
| Ebner, Bernard | $50,000.00 | 10/10/18 | 800,000.00 | X |

4837-

| | | | | |
|---|---|---|---|---|
| Ehlen, K. James | $25,000.00 | 2/26/18 | 400,000.00 | X |
| Ehlen, K. James | $5,000.00 | 3/29/18 | 80,000.00 | X |
| Ehlen, K. James | $1,000.00 | 5/11/18 | 16,000.00 | X |
| Ehlen, K. James | $1,404.68 | 6/30/18 | 22,474.88 | X |
| Ehlen, K. James | $25,000.00 | 9/6/18 | 400,000.00 | X |
| Ferguson, John F | $25,000.00 | 4/18/18 | 400,000.00 | X |
| Gregg, Mark W. | $25,000.00 | 4/29/18 | 400,000.00 | X |
| Gregg, Mark W. | $50,000.00 | 11/16/18 | 800,000.00 | X |
| Hidding, Anita E. | $10,000.00 | 11/6/17 | 160,000.00 | X |
| Hidding, Anita E. | $15,000.00 | 10/1/18 | 240,000.00 | X |
| James P Ferguson Revocable Trust under Agreement dated 12/19/1980 As Amended | $25,000.00 | 4/18/18 | 400,000.00 | X |
| James W. Curry Revocable Trust UTA 09/23/2004 | $50,000.00 | 12/13/17 | 800,000.00 | X |
| Janet B. Curry Revocable Trust UTA 09/23/2004 | $50,000.00 | 12/13/17 | 800,000.00 | X |
| Kanning, Paul A. | $25,000.00 | 1/17/18 | 400,000.00 | X |
| Kollevoll, Olav B. and Judith M. as joint tenants | $50,000.00 | 111/27/17 | 800,000.00 | X |
| Marianne Kanning Revocable Trust | $25,000.00  $10,000.00 | 9/16/18  4/5/19 | 400,000.00  160,000 | X |
| Maher, Michael D. | $12,500.00 | 2/18/18 | 200,000.00 | X |
| McCarty, Daniel | $25,000.00 | 4/19/18 | 400,000.00 | X |

| | AMMOUNT | DATE | COMMON SHARES | |
|---|---|---|---|---|
| McCarty, Daniel | $35,000.00 | 10/5/18 | 560,000.00 | X |
| McCarty, Daniel (unsigned) | $40,000.00 | 12/29/17 | 640,000.00 | X |
| Osterholm, Michael T. | $25,000.00 | 4/19/18 | 400,000.00 | X |
| Osterholm, Michael | $1,000.00 | 5/16/18 | 16,000.00 | X |
| Pearson, Mark and Katherine | $1,000.00 | 5/14/18 | 16,000.00 | X |
| Pearson, Mark and Katherine | $4,000.00 | 9/16/18 | 64,000.00 | X |
| Raih, Thomas J. | $50,000.00 | 1/31/18 | 800,000.00 | X |
| Salscheider, Michael | $10,000.00 | 1/21/18 | 160,000.00 | X |
| Salscheider, Michael | $20,000.00 | 9/16/18 | 320,000.00 | X |
| Tidlund, Donald | $25,000.00 | 11/2/17 | 400,000.00 | X |
| Tidlund, Donald | $25,000.00 | 4/9/17 | 400,000.00 | X |
| TOTAL | $1,093,445.13 | | 17,495,122.08 | |

Lake Vista Holdings     $15,000-     4/13/19          240,000
(Bryce Haemueller's)

Hong Mo YANG     $10,000     4/3/19          160,000

| · TOTAL | $1,103,445.13 | 17,655,122.10 |
|---|---|---|

3

LOCAL FORM 1007-1
REVISED 06/16

# United States Bankruptcy Court
## District of Minnesota

In re  **TheoremDx Inc.**                                                      Case No. _____

                                                  Debtor(s)           Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept    ........................... $  **5,000.00** _____
Prior to the filing of this statement I have received    .............. $  **5,000.00** _____
Balance Due   ......................................................................... $  **0.00** _____

2.    The source of the compensation paid to me was:
   ☐    Debtor                    ■    Other (specify)    **Board of Directors**

3.    The source of the compensation to be paid to me is:
   ☐    Debtor                    ■    Other (specify)    **Board of Directors**

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   B. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   D. Representation of the debtor in contested bankruptcy matters; and

   E. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

LOCAL FORM 1007-1
REVISED 06/16
**adversary proceeding.**

**In the case where the attorney's time on an hourly basis exceeds their regular hourly rates, any fees for contested and adversary matters shall be charged at the attorney's hourly rate with an additional retainer.**

## CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated:  **February 13, 2020**

Signature of Attorney
**/s/ Thomas J. Flynn**

**Thomas J. Flynn 30570**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

# United States Bankruptcy Court
### District of Minnesota

In re __TheoremDx Inc._____
                          Debtor(s)

Case No. _____

Chapter __7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __TheoremDx Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 13, 2020_____
Date

__/s/ Thomas J. Flynn_____
**Thomas J. Flynn 30570**
Signature of Attorney or Litigant
Counsel for   __TheoremDx Inc._____
**Larkin Hoffman Daly & Lindgren Ltd.**
**8300 Norman Center Dr.**
**Suite 1000**
**Minneapolis, MN 55437-1060**
**9528353800 Fax:9528353333**
**tflynn@larkinhoffman.com**

# United States Bankruptcy Court
## District of Minnesota

In re    **TheoremDx Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President & Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 13, 2020**

**/s/ John E. Coonan**

**John E. Coonan/President & Director**
Signer/Title

AAA MOVERS
8201 BROOKLYN BOULEVARD #100
MINNEAPOLIS MN 55445


AADVANTAGE CREDIT CARD
P.O. BOX 84030
COLUMBUS GA 31908-4030


ABBEY, JAMES
6707 WATEMAN AVENUE
ST. LOUIS MO 63103


ACG CONSULTING
27758 SANTA MARGARITA PKWY
SUITE 312
MISSION VIEJO CA 92691


ADP, LLC
ADP TAX CENTER
400 WEST COVINA BOULEVARD
SAN DIMAS CA 91773


ALAN TALESNICK
5030 BOWMAR DRIVE
LITTLETON CO 80123


ALBERT BONEBRAKE
FOR FIRST TRUST CO OF ONAGA
3939 EAST FARM ROAD
SPRINGFIELD MO 65809


ALBERT BONEBRAKE IRA
3939 EAST FARM ROAD
SPRINGFIELD MO 65809


ALESSANDRA RE
FOR ALESSANDRA RE TRUST
4601 FAIRFIELD DRIVE
CORONA DEL MAR CA 92625

ALEXANDER B. CVERCKO, ESQ.
CVERCKO & ASSOCIATES, P.A.
13500 SUTTON PARKDR. S. #304
JACKSONVILLE FL 32224


ALEXANDER KOPPLIN
227 COLFAX AVENUE NORTH
SUITE 200
MINNEAPOLIS MN 55405


AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-8000


AMERICOR FINANCIAL
18200 VON KARMAN AVENUE
SUITE 600
IRVINE CA 92612


ANDREW SULLIVAN
519 7TH AVE SE
MINNEAPOLIS MN 55414


ANGELA BACHER
14800 64TH PLACE N
MAPLE GROVE MN 55311-4117


ANITA HIDDING
7161 FRANCE AVE SO #312
EDINA MN 55435


ANNE GALL
14931 DUFFERIN COURT
SAVAGE MN 55378


ANNE O'ROURKE
6801 DOVRE DR.
EDINA MN 55436

ANNE SNYDER
4119 62ND STREET WEST
EDINA MN 55424


ANNIE C. MCCARTY
4907 BRUCE AVENUE
EDINA MN 55424


ANSEL SITTON
1931 E 20TH STREET  SUITE 103
JOPLIN MN 65708


ASTRO STUDIOS
348 6TH STREET,
SAN FRANCISCO CA 94103


ATCC
5779 COLLECTION CENTER DRIVE
CHICAGO IL 60693


BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001


BANK OF AMERICA
P.O. BOX 15019
WILMINGTON DE 19850-5019


BARBARA NOVY
2905 43RD AVENUE SOUTH
MINNEAPOLIS MN 55406


BERNARD EBNER
BAECHERSTRASSE 59
8806 BAECH, SWITZERLAND

BEVERLY MOOSMANN
544 VISTA FRANDE
NEWPORT BEACH CA 92660


BIO-RAD LABORATORIES, INC.
P.O. BOX 849740
LOS ANGELES CA 90084-9740


BLUE CROSS BLUE SHIELD
P.O. BOX 860448
MINNEAPOLIS MN 55486


BOULAY PLLP
7500 FLYING CLOUD DRIVE
SUITE 800
EDEN PRAIRIE MN 55344


BRANDON CHABNER
329 SECOND PLACE
MANHATTAN BEACH CA 90266


BRIAN BOLDT
1635 CONCORDIA ST.
WAYZATA MN 55391


BRIAN MARK
D/B/A BSM EQUITIES, INC.
4780 LODGE LANE
EXCELSIOR MN 55331


BRUCE & ELIZABETH ACKERMAN
68 EAST PLEASANT LAKE ROAD
NORTH OAKS MN 55127


BRUCE BATTEN
400 SELBY AVENUE
APT. 208
SAINT PAUL MN 55102

BRYCE HUEMOELLER
D/B/A LAKE VISTA HOLDINGS
2880 CENTER ROAD SW
PRIOR LAKE MN 55372


BSI GROUP AMERICA
5505 NORTH CUMBERLAND AVE
SUITE 307
CHICAGO IL 60656


CARL ROBERT DAHL
3215 IRIS COURT
WHEAT RIDGE CO 80033


CAROLINE NEALE
2201 STEVENS STREET, APT 202
ALBERT LEA MN 56007


CBCS
P.O. BOX 2589
COLUMBUS OH 43216


CENTERPOINT ENERGY
PO BOX 4671
HOUSTON TX 77210-4671


CHAD TIDLUND
OBO DONALD M. TIDLUND TRUST
6700 CAMPESINA DRIVE
BUENA PARK CA 90620


CHASE BANK USA NA
P.O. BOX 15298
WILMINGTON DE 19850


CHRISTOPHER NACHTSHEIM
1789 SUMMIT AVENUE
SAINT PAUL MN 55105

CHRISTOPHER RAIH
4010 WEST 65TH STREET
EDINA MN 55435


CITI/COSTCO
P.O. BOX 790046
SAINT LOUIS MO 63179-0046


CITIBANK
P.O.BOX 9001037
LOUISVILLE KY 40290-1037


COMCAST BUSINESS
PO BOX 35170
SEATTLE WA 98124-5170


COMERICA BANK
CARDMEMBER SERVICE
P.O. BOX 790408
SAINT LOUIS MO 63179-0408


CONOR T MARRINAN
3332 WEST 56TH STREET
EDINA MN 55410


CONRAD LUDWIG
FOR AQUINNAH INVESTMENT LP
590 ADMIRALTY PARADE WEST
NAPLES FL 34102


COX BUSINESS
PO BOX 53280
PHOENIX AZ 85072-3280


COX COMMUNICATIONS
PO BOX 53280
PHOENIX AZ 85072-3280

CRF SOLUTIONS
2051 ROYAL AVENUE
SIMI VALLEY CA 93065


CYNTHIA VAUGHN
1550 AMERICAN BOULEVARD EAST
STOP 5128
MINNEAPOLIS MN 55425


DANIEL  & ALLISON KOZLOFF
252 RAVENSCLIFF ROAD
ST. DAVIDS PA 19087


DANIEL P. MCCARTY
4907 BRUCE AVENUE
EDINA MN 55424


DANIELLE K PFEFFER
5974 SOUTH PARK DRIVE
SAVAGE MN 55378


DAREEN YOUNGMAN & BLAKE BERTEA
WHITECROSS LP
1100 NEWPORT CENTER DRIVE #110
NEWPORT BEACH CA 92660


DARRELL REYNOLDS
3713 37TH AVENUE
MOLINE IL 61265


DARREN  PFEFFER
13941 UTAH AVENUE
SAVAGE MN 55378


DARREN & MANDI PFEFFER
13941 UTAH AVENUE
SAVAGE MN 55378

DARRICK GREWE
4420 ADELL AVENUE NORTH
GOLDEN VALLEY MN 55422


DAVE & TERRY THEIS
D/B/A EMERALD T. HOLDINGS
31009 - 645TH AVE
GIBBON MN 55335


DAVID KATZ
401 PINNACLE WAY, UNIT 207
EAU CLAIRE WI 54701


DAVID M. RAIH
TC ORTHOPEDICS, 4010 W 65TH ST
EDINA MN 55435


DAVID M. VLASATY
OBO MAINSTAR TRUST
342 VALLEY COMMONS
HUDSON WI 54016


DAVID M. VLASATY
342 VALLEY COMMONS
HUDSON WI 54016


DEAN EDSTROM
2050 CANADIAN PACIFIC PLAZA
120 SOUTH SIXTH STREET
MINNEAPOLIS MN 55402-1840


DEREK C PFEFFER
4295 COTTONWOOD LANE N
PLYMOUTH MN 55441


DICK & TRACY HAUSMAN
2500 MICHELSON DRIVE, STE. 200
IRVINE CA 92612

DICK HAUSMAN (M. HAUSMAN INC.)
2500 MICHELSON DRIVE, STE. 200
IRVINE CA 92612


DISCOVER BANK
GENERAL CORRESPONDENCE
P.O. BOX 30416
SALT LAKE CITY UT 84130


DONALD M. SCHREIFELS
1644 TRAVELERS REST COURT
THE VILAAGE FL 32162


DONALD M. TIDLUND
OBO DONALD M. TIDLUND TRUST
1014 CONVENTRY PLACE
EDINA MN 55435


DOUGLAS NOVY
2905 43RD AVENUE SOUTH
MINNEAPOLIS MN 55406


DOUGLAS STONE
15104 WHITETAIL WAY
GAITHERSBURG MD 20878


DR. DIAMOND
6907 WATERMAN AVENUE
ST. OUIS MO 63130


DR. MICHAEL CHAO
MAL INVESMENT COMPANY
2030 MAIN, SUITE 1050
IRVINE CA 92614


DUSTIN J PFEFFER
5974 SOUTH PARK DRIVE
SAVAGE MN 55378

EDWARD LUDWIG
AQUINNAH INVESTMENT LP
590 ADMIRALTY PARADE WEST
NAPLES FL 34102


ELIZABETH HARDIN HOROWITZ
55 CENTRAL PARK WEST, UNIT 13D
NEW YORK CITY NY 10023


ERIC JOHNSON
7035 E. RUSSELL STREET
MESA AZ 85207


FISH & RICHARDSON
60 S. 6TH STREET
MINNEAPOLIS MN 55402


FISHER SCIENTIFIC
LIFE TECHNOLOGIES
12088 COLLECTIONS CENTER DR.
CHICAGO IL 60693


FRANK & DONNA BROWN
10173 EAST HORIZON DRIVE
SCOTTSDALE AZ 85262


FRANK BROWN
10173 EAST HORIZON DRIVE
SCOTTSDALE AZ 85262


FRANK CHANDLER III
3700 GOVERNMENT STREET
ALEXANDRIA LA 71302


FRANK K. CHANDLER, JR.
3700 GOVERNMENT STREET
ALEXANDRIA LA 71302

FRANK KIESNER
6908 WOODDALE AVENUE SOUTH
EDINA MN 55435


GARY & ANGELA BACHER
14800 64TH PLACE N
MAPLE GROVE MN 55311-4117


GOFF, DEBRA
5605 LAKE SHORE AVENUE
WESTERVILLE OH 43082


GREG MARGARIT
1185 TONKAWA ROAD
LONG LAKE MN 55356


GREG STAI
1801 BROADWAY, STE 800
DENVER CO 80202


GREGORY & JULIE MARGARIT
1185 TONKAWA ROAD
LONG LAKE MN 55356


H LEE MOFFITT CANCER CENTER
12902 MAGNOLIA DRIVE
TAMPA FL 33612


HARRY ENGELBRECHT
1012 COVENTRY PLACE
EDINA MN 55435


HARRY VENEZIA, JR.
14020 EGRET LN.
CLEARWATER FL 33762

HAYNESBOONE
1050 17TH STREET, SUITE 1800
DENVER CO 80265


HONG & MONICA KYUNG HEA YANG
655 MYSTIC WAY
LAGUNA BEACH CA 92651


HONG MO YANG
655 MYSTIC WAY
LAGUNA BEACH CA 92651


HONORATO & LINDA REMUCAL
1075 WEST SHORE DRIVE
HUTCHINSON MN 55350


HOOPER, LUNDY & BOOKMAN P.C.
1875 CENTURY PARK EAST
SUITE 1600
LOS ANGELES CA 90067-2517


HORIZON DISCOVERY
23 MARKET STREET
CAMBRIDGE CB2 3PA U.K.


HOUSTON METHODIST HOSPITAL
6565 FANNIN STREET, MS D200
HOUSTON TX 77030


INNOVATIVE RESEARCH
46430 PEARY CT.
NOVI MI 48377


INTRINSIX
100 CAMPUS DRIVE
MARLBOROUGH MA 01752

IRS CENTRALIZED INSOLVENCY OP
PO BOX 7346
PHILADELPHIA PA 19101-7436


ISC INTERNATIONAL, LTD
9700 WEST BLUEMOUND ROAD
SUITE 201
MILWAUKEE WI 53266


J-PAC MEDICAL
25 CENTRE ROAD
SOMERSWORTH NH 03878


J. & D. WITTROCK & CINKLE
19556 HAMPSHIRE COURT
PRIOR LAK MN 55372


JACKSON IMMUNORESEARCH
P.O. BOX 2389
JACKSON WY 83001


JAMES  FINGERMAN
7137 VALLEY VIEW ROAD
EDINA MN 55349


JAMES & ANITA HIDDING
7161 FRANCE AVENUE SOUTH #312
MINNEAPOLIS MN 55435


JAMES & ANITA HIDDING
7161 FRANCE AVE SO #312
EDINA MN 55435


JAMES & JANET CURRY
FOR JANET B. REVOCABLE TRUST
4541 E. 24TH STREET
CASPER WY 82609

JAMES & JEANETTE HUTCHESON
522 SOUTH OAKS DRIVE
SPRINGFIELD MO 65809


JAMES EHLEN, M.D.
4221 WOODLAND TERRACE
MINNEAPOLIS MN 55422


JAMES FERGUSON
1165 POST OAK COURT
SPRINGFIELD MO 65809


JAMES FERGUSON
911 ST. ANDREWS CIRCLE
SPRINGFIELD MO 65809


JAMES FINGERMAN
7137 VALLEY VIEW ROAD
EDINA MN 55349


JAMES GEORGE  WAYNE
D/B/A CASSANDRA CAPITAL
7200 HAZELTINE BLVD.
EXCELSIOR MN 55331


JAMES W CURRY
OBO JAMES W. REVOCABLE TRUST
4541 E. 24TH STREET
CASPER WY 82609


JAMES WISE
2747 WAGNER DRIVE
CHASKA MN 55318


JANET B CURRY
FOR JANET B. REVOCABLE TRUST
4541 E. 24TH STREET
CASPER WY 82609

JAY COONAN FAMILY REV. TRUST
1431 SUMMIT AVENUE
ST. PAUL MN 55105


JEANNE & STEVEN WITTROCK
19556 HAMPSHIRE COURT
PRIOR LAK MN 55372


JEFFREY  BLANK
D/B/A DALMORE INVESTMENTS
1582 MEDINA ROAD
LONG LAKE MN 55356


JEFFREY BLANK
OBO TREEHOUSE HEALTH
1629 HENNEPIN AVE, SUITE 200
MINNEAPOLIS MN 55403


JEFFREY BLANK (BCBS)
1629 HENNEPIN AVE, SUITE 200
MINNEAPOLIS MN 55403


JEFFREY BLANK (LORING CORNERS)
1624 HARMON PLACE
MINNEAPOLIS MN 55403


JIM EHLEN
OBO EHLEN FAMILY IRREV. TRUST
4221 WOODLAND TERRACE
GOLDEN VALLEY MN 55422


JIM EHLEN
4221 WOODLAND TERRACE
GOLDEN VALLEY MN 55422


JODI JOHNSON TIDLUND
OBO DONALD M. TIDLUND TRUST
6802 SANDRIDGE ROAD
EDEN PRARIE MN 55346

JOEL SALCEDO
FOR RAYMOND JAMES ASSOC.
6841 E. AVENIDA DE SANTIAGO
ANAHEIM HILLS CA 92807


JOHN BURSTEIN
15 SEDGWICK DRIVE
CHERRY HILLS VILLAGE CO 80113


JOHN DALEY
14010 NORTHWOOD PLACE NW
SEATTLE WA 98177


JOHN E. "JAY" COONAN
1431 SUMMIT AVENUE
SAINT PAUL MN 55105


JOHN F. EDWARDS, JR.
8633 EDWARDS ROAD
GENESEO IL 61254


JOHN FERGUSON
FOR JJJ LLC
1165 POST OAK COURT
SPRINGFIELD MO 65809


JOHN FERGUSON
1165 POST OAK COURT
SPRINGFIELD MO 65809


JOHN LALONDE
3736 KINDRED COURT
LAKE ELMO MN 55042


JOHN RAIH
TC ORTHOPEDICS, 4010 W 65TH ST
EDINA MN 55435

JOHN RAUCH
OBO LILLIAN RAUCH REV. TRUST
1450 WEST LAKE BRANTLEY ROAD
LONGWOOD FL 32779


JOHN ROSE
3221 45TH ST NW
BUFFALO MN 55313


JOHN VOGEL
85 BAY DRIVE
ANNAPOLIS MN 21403


JON CASSADY
10310 TAMARACK DRIVE
VIENNA VA 22182-1846


JOSE SALCEDO, JR. IRA
6841 E. AVENIDA DE SANTIAGO
ANAHEIM CA 92807


JOSEPH & REBECCA PITZL
11600 42ND COURT NORTH
PLYMOUTH MN 55441


JOSEPH BECKER
1418 21ST AVENUE NE
ROCHESTER MN 55906


JOSEPH CADE
1291 RIVERSIDE LANE
MENDOTA HEIGHTS MN 55118


JOSEPH LEVERONE
4800 MARKAY RIDGE
MINNEAPOLIS MN 55422

JOSHUA WARD
227 COLFAX AVENUE NORTH
SUITE 200
MINNEAPOLIS MN 55405


JUDITH MAYER
FOR RBC CAPITAL MARKETS LLC
18642 VIA TORINO
IRVINE CA 92603


KAPOOR-MUNSHI, PHD, ARCHANA
12515-130 OAKS NORTH DRIVE
SAN DIEGO CA 92128


KASHLAN, BASEL
1 VACAVILLE
IRVINE CA 92602


KASHLAN, BASEL - EXPENSES
1 VACAVILLE
IRVINE CA 92602


KEITH YONKERS
FOR 41 NORTH ADVISORS
251 SHIPYARD WAY
NEWPORT BEACH CA 92663


KENNETH & EILEEN BEANE
FOR BRANTLY LIMITED
1396 DEER LAKE CIRCLE
APOPKA FL 32712-2939


KEVIN  PFEFFER
5974 SOUTH PARK DRIVE
SAVAGE MN 55378


KEVIN & JEAN LINDSTRAND
409 CREEKVIEW LANE
ARLINGTON MN 55307

KEVIN & LISA PFEFFER
5974 SOUTH PARK DRIVE
SAVAGE MN 55378


KIM BEAUDETTE
401 KINGS PLACE
NEWPORT BEACH CA 92663


KIRK TIDLUND
OBO DONALD M. TIDLUND TRUST
825 BENNET ST
SOUTHERN PINES NC 28387


KLUGE DESIGN INC.
14150 NORTHDALE BLVD
ROGERS MN 55374


LALONDE, JOHN
3736 KINDRED COURT
LAKE ELMO MN 55042


LARRY & LEANN CHRISTENSON
8818 ZENITH ROAD
BLOOMINGTON MN 55431


LAURENCE LE JEUNE
630 LOCUST HILLS DRIVE
WAYZATA MN 55391-1973


LAURIE KNUTSON
18118 JUDICIAL WAY NORTH
LAKEVILLE MN 55044


LAWRENCE OPSETH
6736 WASHBURN AVENUE
RICHFIELD MN 55423

LAWRENCE ZYNDA
5359 LA JOLLA BLVD, UNIT 24
LA JOLLA CA 92037-7955


LEICA MICROSYSTEMS
14008 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


LIANE (LEE) MCCULLOUGH
P.O. BOX 451340
WESTLAKE OH 44145


LIANE MCCULLOUGH (ROTH IRA)
P.O. BOX 451340
WESTLAKE OH 44145


LIFE TECHNOLOGIES
(THERMO FISHER)
12088 COLLECTIONS CENTER DR.
CHICAGO IL 60693


LISA  PFEFFER
5974 SOUTH PARK DRIVE
SAVAGE MN 55378


LISA ALTON
1635 CONCORDIA STREET
WAYZATA MN 55391


LISA PIAZZA (MUSICH)
7722 MADELYN CREEK DRIVE
VICTORIA MN 55384


LORI (BAIRD) ROSMAN
4868 S 79 STREET
GREENFIELD WI 53220

LUCIA HUI
C/O NM MAX
10 PASTEUR, SUITE 150
IRVINE CA 92618


MAL INVESTMENT CO.
ATTN: DR. MICHAEL CHAO
10300 W CHARLESTON BLVD #13389
LAS VEGAS NV 89135


MARGARET MARRINAN
2146 SARGENT AVENUE
ST. PAUL MN 55105


MARIANNE  KANNING
1446 COUNTY ROAD 14
SHAKOPEE MN 55379


MARK & KATHARINE PEARSON
10959 E. GRAYTHORN DR.
SCOTTSDALE AZ 85262


MARK DENUCCI
6301 SUMMIT CIRCLE
CHANHASSEN MN 55317


MARK GREGG
2902 HUNTING HILLS COURT
OAKTON VA 22124


MARK GREINER
OBO CARLA GREINER TRUST
200 SOUTH 6TH STREET, STE. 400
MINNEAPOLIS MN 55402


MARK GREINER
4603 EDINA BLVD
EDINA MN 55424

MARK NIERDERLUECKE
10156 GRISTMILL RDG
EDEN PRAIRE MN 55347


MARK PEARSON
10959 E. GRAYTHORN DR.
SCOTTSDALE AZ 85262


MARK WALINSKE
4217 - 44TH AVENUE SOUTH
MINNEAPOLIS MN 55424


MARTA FERNANDEZ SUAREZ
3065 ASH AVENUE
BOULDER CO 80305


MARTIN'S JANITORIAL
PO BOX 3986
ORANGE CA 92857


MARY  ABSOLON
FOR THE LATE WILLIAM HERBER
4321 W. 42ND STREET
EDINA MN 55416


MARY B TAYLOR
16205 18TH AVENUE NORTH
PLYMOUTH MN 55447


MATTHEW DRAVES
865 GULF LAND DRIVE
APOPKA FL 32712


MATTHEW MCCARTY
4907 BRUCE AVENUE
EDINA MN 55424

MAUREEN LANNAN
5119 WOODDALE GLEN
EDINA MN 55424


MEDPRO WASTE DISPOSAL, LLC
1548 BOND STREET
SUITE 106
NAPERVILLE IL 60563


MERCANTILE
165 LAWRENCE BELL DRIVE #100
BUFFALO NY 14221-7900


MICHAEL   MAHER
1201 YALE PLACE, APT 2306
MINNEAPOLIS MN 55403


MICHAEL & ANN CIRESI
222 2ND STREET SE, #1601
MINNEAPOLIS MN 55414


MICHAEL KONCILJA
5711 ELENI CT
AVON NY 14414


MICHAEL MAHER
1201 YALE PLACE, APT 2306
MINNEAPOLIS MN 55403


MICHAEL OSTERHOLM
212 10TH AVENUE S., #1103
MINNEAPOLIS MN 55415


MICHAEL SALSCHEIDER
1378 WILLOW LANE SW
ROCHESTER MN 55902

MIKE GLARNER
248 ESPLANADE
IRVINE CA 92612


MINIFAB (AUST) PTY LTD
1 DALMORE DRIVE, SCORESBY
MELBOURNE, VIC, AUSTRALIA 3179


MINNESOTA DEPT OF REVENUE
600 NORTH ROBERT STREET
SAINT PAUL MN 55101


MN DEPT EMPLOYMENT & ECON DEVT
332 MINNESOTA STREET
SAINT PAUL MN 55101-1351


NATALIE CAROLINE NEALE
(NEE RICHARDS)
4623 DREXEL AVENUE
EDINA MN 55424


NEIL FINKLER
79 VIA LUGANO
WINTER PARK FL 32789


NFS LEASING
TURNED OVER TO COLLECTIONS


NICK RADOVICH
5416 OAKLAWN AVENUE SOUTH
EDINA MN 55424


NIEVES, EVELYN

NOAH CRAIGE  NEALE (RICHARDS)
4623 DREXEL AVENUE
EDINA MN 55424


NYDIA LLANES
820 SOROLLA AVENUE
CORAL GABLES FL 33134


OLAV & JUDITH KOLLOVOL
916 DOMINION RESERVE
MCCLEAN VA 22102


OLSON TECHNOLOGY, INC.
16717 CAMBORNE PLACE
SUITE 201
EDEN PRAIRIE MN 55346


ORANGE COUNTY CRATING
2179 NORTH BATAVIA STREET
ORANGE CA 92865


PAIGE JENSEN
(C/O MARK GRIENER)
200 S. 6TH STREET, STE 4000
MINNEAPOLIS MN 55402


PALADIN
69-71 CLARENDON RD
WATFORD HERTFORDSHIRE WD17 1DS


PAMELA GREINER
4603 EDINA BLVD
EDINA MN 55424


PATRICK C AND JANET C GRAY
5948 PARKWOOD DRIVE
SHOREVIEW MN 55126

PATRICK COONAN
1965 PALACE AVENUE
ST. PAUL MN 55105


PATRICK DELANEY
304 COVE ROAD
HUDSON WI 54016


PAUL KANNING
617 PINEY HILL ROAD
MONKTON MD 21111


PAUL ROSMAN
4868 S 79 STREET
GREENFIELD WI 53220


PAUL SAVRYN
9950 NORTH SHORE ROAD
WACONIA MN 55387


PAUL T RAIH
TC ORTHOPEDICS, 4010 W 65TH ST
EDINA MN 55435


PCH LIME LAB
135 MISSISSIPPI ST
SAN FRANCISCO CA 94107


PEARSON, MARK - EXPENSES
NO ADDRESS ON FILE


PENTAGON FEDERAL CREDIT UNION
BOX 247009
OMAHA NE 68124-7009

PETER A RAIH
TC ORTHOPEDICS, 4010 W 65TH ST
EDINA MN 55435


PETER J MATLON
770 5TH STEET NW, UNIT 618
WASH DC 20001


PETERSON, MARNIE
P.O. BOX 2389
JACKSON WY 83001


PHILIP & JOANN BURSTEIN
12 OCEAN DRIVE
REHOBOTH BEACH DE 19971


PLS, INC. DBA WADDELL GROUP
1191 PIKE DRIVE
NEW BRIGHTON MN 55112


PROSHRED SECURITY
17951 SKY PARK CIRCLE
SUITE D
IRVINE CA 92614


QIAGEN
P.O. BOX 5132
CAROL STREAM IL 60197-5132


QUICKBOOKS ONLINE
C/O INTUIT INC.
2700 COAST AVENUE
MOUNTAIN VIEW CA 94043


QUILL CORPORATION
P.O. BOX 37600
PHILADELPHIA PA 19101-0600

R. TAAGEPERA&W. RICKETTS TRUST
24 MAYAPPLE WAY
IRVINE CA 92612


R.S.  ENGELMAN (EFCO)
9895 E. FILAREE LANE
SCOTTSDALE AZ 85262


RACHEL LINDA  NEALE (RICHARDS)
4623 DREXEL AVENUE
EDINA MN 55424


RANDALL BELLOWS
25290 MONTANA DRIVE W
GOLDEN CO 80401


RANDY NISHIKAWA
17411 LA BONITA WAY
CERRITOS CA 90703


RCR INSTITUTE, INC.
5353 WAYZATA BOULEVARD
SUITE 505
MINNEAPOLIS MN 55416-1334


REIN TAAGEPERA
19 MAYAPPLE WAY
IRVINE CA 92612


RICHARD  CIHAK
RAC TRADING, INC.
2630 NIGHTINGALE COURT
CHASKA MN 55318


RICHARD BERNICK
777 WASHINGTON STREET, #402
DENVER CO 80203

RICHARD LUCY
FOR R.E. LUCY RETIREMENT TRUST
2916 TENNYSON PLACE
HERMOSA BEACH CA 90254


RICHARD LUCY
2916 TENNYSON PLACE
HERMOSA BEACH CA 90254


RIVER SONIC SOLUTIONS LLC
2443 FILLMORE ST #380-4039
SAN FRANCISCO CA 94115


ROBERT  CAINE
D/B/A DAISY INVESTMENTS, LLC
3108 CAMERON MILLS ROAD
ALEXANDRIA VA 22302


ROBERT  DOERR
40 BAY STREET
EXCELSIOR MN 55331


ROBERT BEARMAN
2160 SOUTH CLAYTON STREET
DENVER CO 80210


ROBERT H HAMILTON
4035 WEST 65TH STREET #120
EDINA MN 55435


ROBERT WEINHAGAN
211 CAMERON STREET
ALEXANDRIA VA 22314-3203


RON MUSICH
7722 MADELYN CREEK DRIVE
VICTORIA MN 55386

RON MUSICH (RSM FAMILY TRUST)
7722 MADELYN CREEK DRIVE
VICTORIA MN 55386


RON TESTA
10763 RIVERSCAPE RUN
VIENNA VA 22182


SCHICK RECORDS MANAGEMENT
P.O. BOX 3627
TUSTIN CA 92781


SCHLIEVERT, PATRICK
21 EASTVIEW PLACE NE
IOWA CITY IA 52240


SCOTT & LINDSAY ACKERMAN
68 EAST PLEASANT LAKE ROAD
NORTH OAKS MN 55127


SCOTT ACKERMAN
5701 ZENITH AVENUE SOUTH
EDINA MN 55410-2610


SEQUIUM
1130 NORTHCHASE PKWY., STE 150
MARIETTA GA 30067


SHANNON NEALE
4623 DREXEL AVENUE
EDINA MN 55424


SHU-YUAN LIAO JAN
629 FRONTIER COURT
ANAHEIM CA 92807

SIGMA-ALDRICH
PO BOX 535182
ATLANTA GA 30353-5182


SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD CA 91772-0001


SPELLBERG, BRAD
30140 AVENIDA CELESTIAL
RANCHO PALOS VERDES CA 90275


STA INTERNATIONAL


START RECRUITING
7020 DAKOTA CIRCLE
CHANHASSEN MN 55317


STEPHANIE GRIFFIN
423 RIVERVIEW LANE
MELBOURNE BEACH FL 32951


STEPHEN F TWOHIG
609 EAGLE WATCH LANE
OSPREY FL 34229


STERICYCLE, INC.
P.O. BOX 6578
CAROL STREAM IL 60197-6578


STEVEN  CLARK
D/B/A ARBITRAGE CAPITAL CORP.
4628 SNOW DRIVE
HARRISBURG NC 28075

```
SURENDER PUNIA
289 EL PINTO
DANVILLE CA 94526


SUSAN DOERR
40 BAY STREET
EXCELSIOR MN 55331


SUSAN SCHREIFELS
1644 TRAVELERS REST COURT
THE VILAAGE FL 32162


TARA GARD
19390 EVENING STAR WAY
FARMINGTON MN 55024


THE HEALTH LAW FIRM, P.A.
ATTN: GEOERG F. INDEST III
1101 DOUGLAS AVENUE
ALTAMONTE SPRINGS FL 32714


THOMAS  MCCARTY
4907 BRUCE AVENUE
EDINA MN 55424


THOMAS  RAIH, M.D.
TC ORTHOPEDICS, 4010 W 65TH ST
EDINA MN 55435


TIM & PATTI MARRINAN
3332 WEST 56TH STREET
EDINA MN 55410


TIM MARRINAN
3332 WEST 56TH STREET
EDINA MN 55410
```

```
TIMOTHY D. (JR) MARRINAN
3332 WEST 56TH STREET
EDINA MN 55410


TIMOTHY SCHACKER, MD
393 SALEM CHURCH ROAD
SUNFISH LAKE MN 55118


TONY FUNG
FLAT A, 20/F, BLOCK 2
LE SOMMET, NORTH PT, HONG KONG
CHINA


U OF MN - IRVINE LAB
NW 5960 PO BOX 1450
MINNEAPOLIS MN 55485-5960


US TREASURY
24000 AVILA ROAD
LAGUNA NIGUEL CA 92677-3405


USAA CREDIT CARD
10750 MCDERMOTT FWY
SAN ANTONIO TX 78288-0570


VERN & PATRICIA SVEDBERG
519 7TH AVE SE
MINNEAPOLIS MN 55414


VWR
PO BOX 640169
PITTSBURGH PA 15264-0169


WILEY H VOGT
1580 ZUMBRO COURT
SHAKOPEE MN 55379
```

WILLIAM F HOWELL
254 BRYN MAWR CIRCLE
HOUSTON TX 77024


WILLIAM RICKETTS III
150 HERITAGE DRIVE
DELAWARE AR 72835


WILLIAM RICKETTS, JR.
24 MAYAPPLE WAY
IRVINE CA 92612


XCEL ENERGY
P.O. BOX 9477
MINNEAPOLIS MN 55484-9477

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------------

In re:                                          Case No. _____

TheoremDx Inc.,                                 Chapter 7

                          Debtor.               **STATEMENT REGARDING
                                                AUTHORITY TO SIGN AND FILE
                                                PETITION**

------------------------------------------------

I, John E. Connan, declare under penalty of perjury that I am the President & Director of

TheoremDx Inc., a Minnesota corporation (the "Company"), and that the following resolution

has been duly adopted by all of the board of directors of this Company:

WHEREAS, it is in the best interest of the Company to file a voluntary petition in the
United States Bankruptcy Court pursuant to Chapter 11 of the United States Code (the
"Bankruptcy");

NOW, THEREFORE, IT IS HEREBY

RESOLVED that any officer or director of the Company is authorized and directed to
execute and deliver all documents necessary to perfect the filing of the Bankruptcy on behalf of
the Company; and

FURTHER RESOLVED that any officer or director of the Company is authorized and
directed to employ Thomas J. Flynn, Esq., and the law firm of Larkin Hoffman Daly & Lindgren,
Ltd. to represent the Company in the Bankruptcy.

THEOREMDX INC.

Dated:  02/13/2020_____    By:  _____
                                          John E. Coonan
                                          Its:  President & Director

4845-5067-1537, v. 1